

# Fourth Court of Appeals
## San Antonio, Texas

December 17, 2015

No. 04-15-00804-CV

**IN RE Dennis PEREZ**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Marialyn Barnard, Justice
             Rebeca C. Martinez, Justice
             Jason Pulliam, Justice

On December 17, 2015, relator Dennis Perez filed a petition for writ of mandamus and emergency motion for temporary relief and stay of trial court proceedings pending a ruling on the mandamus petition. The court has considered the petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and emergency motion for temporary relief and stay are DENIED. *See* TEX. R. APP. P. 52.8(a). Relator's request for leave to file the petition for writ of mandamus is DENIED AS MOOT. The court's opinion will issue at a later date.

It is so **ORDERED** on December 17, 2015.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of December, 2015.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. , styled *Dennis Perez v. Four S's, Inc. d/b/a Express Lube #21*, pending in the 288th Judicial District Court, Bexar County, Texas, the Honorable Solomon Casseb, III presiding.